6 A.3d 979

IN THE MATTER OF EUGENE M. LAVERGNE, AN ATTORNEY
AT LAW (ATTORNEY NO. 009331990).

November 4, 2010.

## ORDER

The Court on September 27, 2010, having ordered that **EU-GENE M. LaVERGNE** of **EATONTOWN,** who was admitted to the bar of this State in 1990, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–15(k), effective October 27, 2010, for failure to satisfy the award of the District IX Fee Arbitration Committee in District Docket No. IX–2010–0007F and to pay a sanction of $500 to the Disciplinary Oversight Committee;

And **EUGENE M. LaVERGNE** now having satisfied the fee arbitration award and having paid to the Disciplinary Oversight Committee the $500 sanction;

And good cause appearing;

It is ORDERED that **EUGENE M. LaVERGNE** is reinstated to the practice of law, effective immediately.